```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 06 B 14566
   FAUSTO F ROMAN JR
                                             CHAPTER 13

                                             JUDGE: JACK B SCHMETTERER

         Debtor
   SSN XXX-XX-7107


--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 11/08/2006 and was confirmed 01/24/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 10/04/2007.
--------------------------------------------------------------------------------
CREDITOR NAME             CLASS            CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                            PAID           PAID
--------------------------------------------------------------------------------
GMAC                      SECURED VEHIC    20209.04         492.85       3803.27
GMAC                      NOTICE ONLY      NOT FILED           .00           .00
FIRST FINANCIAL CREDIT U  SECURED VEHIC     5322.43         407.49        785.38
JOHN H REDFIELD           CURRENT MORTG         .00            .00           .00
GRP FINANCIAL SERVICES C  MORTGAGE ARRE       98.25            .00         98.25
GRP LOAN GROUP            NOTICE ONLY      NOT FILED           .00           .00
ADVOCATE LUTHERAN GENERA  UNSECURED        NOT FILED           .00           .00
ADVOCATE LUTHERAN GENERA  NOTICE ONLY      NOT FILED           .00           .00
ADVOCATE MEDICAL GROUP    UNSECURED        NOT FILED           .00           .00
ECAST SETTLEMENT CORP     UNSECURED          940.20            .00           .00
CITIFINANCIAL             UNSECURED        NOT FILED           .00           .00
FEDERAL MOGUL             UNSECURED        NOT FILED           .00           .00
HOME DEPOT CREDIT SERVIC  UNSECURED        NOT FILED           .00           .00
ECAST SETTLEMENT CORP     UNSECURED        19659.42            .00           .00
ECAST SETTLEMENT CORP     UNSECURED          402.72            .00           .00
FIRST FINANCIAL CREDIT U  UNSECURED          110.45            .00           .00
UNITED CONSUMER FINANCIA  UNSECURED          110.30            .00           .00
UNITED CONSUMER FINANCIA  SECURED NOT I         .00            .00           .00
ECAST SETTLEMENT CORP     UNSECURED             .00            .00           .00
DENNIS G KNIPP            DEBTOR ATTY      2,500.00                      2,500.00
TOM VAUGHN                TRUSTEE                                          507.76
DEBTOR REFUND             REFUND                                              .00

         Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                        RECEIPTS             DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                 8,595.00

PRIORITY                                              .00
SECURED                                          4,686.90
    INTEREST                                       900.34

               PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 06 B 14566 FAUSTO F ROMAN JR
```

```
UNSECURED                                                          .00
ADMINISTRATIVE                                                2,500.00
TRUSTEE COMPENSATION                                            507.76
DEBTOR REFUND                                                      .00
                                       ---------------    ---------------
TOTALS                                       8,595.00           8,595.00
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
     Dated: 01/25/08              _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE